IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PNC FINANCIAL SERVICES GROUP, INC. and PNC BANK, N.A., Individually and as Successor in Interest to NATIONAL CITY BANK,<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>HOUSTON CASUALTY COMPANY and AXIS INSURANCE COMPANY,<br><br>　　　　　Defendants. | Case No. 2:13-cv-00331-CB-MPK<br><br>Electronically filed |

## NOTICE OF CHANGE IN ADDRESS

Undersigned counsel hereby notifies the Court and all parties of record of the following change in address:

　　　　Douglas M. Mangel
　　　　Joseph A. Bailey III
　　　　SHIPMAN & GOODWIN LLP
　　　　1875 K Street NW
　　　　Suite 600
　　　　Washington, DC  20006-1251
　　　　Telephone:  (202) 469-7750
　　　　Facsimile:  (202) 469-7751
　　　　E-mail:  DMangel@goodwin.com
　　　　　　　　JBailey@goodwin.com

Respectfully submitted,

SHIPMAN & GOODWIN LLP

By: s/ Joseph A. Bailey III
Douglas M. Mangel (admitted *pro hac vice*)
Joseph A. Bailey III (admitted *pro hac vice*)
1875 K Street NW
Suite 600
Washington, DC  20006-1251
Telephone:  (202) 469-7750
Facsimile:  (202) 469-7751
E-mail:  DMangel@goodwin.com
         JBailey@goodwin.com

Dated:  April 1, 2014

*Counsel for Houston Casualty Company*

- 2 -