IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PNC FINANCIAL SERVICES GROUP, INC. and PNC BANK, N.A., Individually and as Successor in Interest to NATIONAL CITY BANK, | ) ) ) ) CIVIL DIVISION ) |
| Plaintiffs, | ) No. 2:13-cv-00331-CB-MPK ) |
| v. | ) **JURY TRIAL DEMANDED** ) |
| HOUSTON CASUALTY COMPANY and AXIS INSURANCE COMPANY, | ) ) ) |
| Defendants. | ) ) ) |

**JOINT MOTION TO EXTEND TIME TO FILE PROPOSED SCHEDULING ORDER**

Plaintiffs, PNC Financial Services Group, Inc. and PNC Bank, N.A., successor in interest to National City Bank, and Defendants, Houston Casualty Company and AXIS Insurance Company (collectively, the "Parties"), jointly file this Motion to Extend Time to File Proposed Scheduling Order, and in support thereof state as follows:

1. On October 8, 2013, Magistrate Judge Maureen Kelly entered a case management order (ECF No. 39) ("Case Management Order") in the above-captioned case which provided, in relevant part:

> To the extent the Court's Order on the Phase 1 Cross Motions for Judgment on the Pleadings does not result in a final judgment fully resolving this litigation, the parties will meet and confer to negotiate a proposed schedule for and any limitations to Phase 2 discovery, and will submit to the Court a proposed order addressing these issues within 30 days of the Court's Order on the parties' Cross Motions for Judgment on the Pleadings.

2. In a Memorandum Order dated June 24, 2014 (ECF No. 63) ("Memorandum Order"), United States District Judge Cathy Bissoon granted in part and denied in part both

Plaintiffs' Motion for Judgment on the Pleadings (ECF No. 47) and Defendants' Motion for Judgment on the Pleadings (ECF No. 50).

3.  On July 2, 2014, Plaintiffs filed a Motion for Partial Reconsideration of the Memorandum Order (ECF No. 64) and on July 9, 2014, Defendants filed their Opposition to Plaintiffs' Motion for Partial Reconsideration (ECF No. 67).  On July 28, 2014, the court denied Plaintiffs' Motion for Partial Reconsideration (ECF No. 68).

3.  Pursuant to the Case Management Order, by August 27, 2014, the Parties are required to submit to the Court a proposed scheduling order.  The Parties are currently discussing the exchange of information that is necessary to resolve the remaining issues identified in Judge Bissoon's Memorandum Order.

4.  Accordingly, the Parties hereby respectfully request that the Court extend the date upon which the Parties must file a proposed scheduling order until Monday, October 10, 2014.

WHEREFORE, the Parties jointly request that the Court enter an order extending the deadline to submit a proposed scheduling order in this case until October 10, 2014.

Respectfully submitted,

REED SMITH LLP

BY: /s/ Courtney C.T. Horrigan
    Douglas E. Cameron
    Pa. I.D. No. 41644
    Courtney C.T. Horrigan
    Pa. I.D. No. 70427
    Robert H. Owen
    Pa. I.D. No. 91406
    Caitlin R. Garber
    Pa. I.D. No. 311321

    Reed Smith LLP
    (Firm I.D. No. 234)
    225 Fifth Avenue
    Pittsburgh, PA 15222
    412-288-3131
    Fax: 412-288-3063
    dcameron@reedsmith.com
    chorrigan@reedsmith.com

*Counsel for Plaintiffs The PNC Financial Services Group, Inc. and PNC Bank, N.A., Individually and as Successor In Interest to National City Bank*


THOMAS, THOMAS & HAFER

BY:  /s/ Thomas P. McGinnis
    Thomas P. McGinnis
    Thomas, Thomas & Hafer
    One Oxford Centre
    301 Grant Street, Suite 1150
    Pittsburgh, PA  15219
    tmcginnis@tthlaw.com

*Local Counsel for Houston Casualty Company and AXIS Insurance Company*


DRINKER BIDDLE & REATH LLP

BY: /s/ Joseph A. Bailey III
    Douglas M. Mangel
    Joseph A. Bailey III
    Shipman & Goodwin LLP
    1875 K Street NW, Suite 600
    Washington, DC  20006-1251
    dmangel@goodwin.com

jbailey@goodwin.com

*Counsel for Houston Casualty Company*

WILEY REIN, LLP

BY: <u>/s/ Jason P. Cronic</u>
    Jason P. Cronic
    John E. Howell
    Wiley Rein, LLP
    1776 K. Street
    Washington, DC  20006
    jcronic@wileyrein.com
    jhowell@wileyrein.com

*Counsel for AXIS Insurance Company*

August 21, 2014

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PNC FINANCIAL SERVICES GROUP, INC. and PNC BANK, N.A., Individually and as Successor in Interest to NATIONAL CITY BANK, | ) ) ) ) CIVIL DIVISION ) |
| Plaintiffs, | ) No. 2:13-cv-00331-CB-MPK ) |
| v. | ) **JURY TRIAL DEMANDED** ) |
| HOUSTON CASUALTY COMPANY and AXIS INSURANCE COMPANY, | ) ) ) ) |
| Defendants. | ) ) |

## **PROPOSED ORDER**

AND NOW this ___ day of August, 2014, upon consideration of the Joint Motion to Extend Time to File Proposed Scheduling Order, it is hereby ORDERED that the Motion is GRANTED. The parties shall submit their proposed scheduling order by October 10, 2014.

By the Court:

_____

J.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been served via ECF on all counsel of record:

Dated:  August 21, 2014 /s/ Courtney C.T. Horrigan