IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PNC FINANCIAL SERVICES GROUP, INC. and PNC BANK, N.A., Individually and as Successor in Interest to NATIONAL CITY BANK, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Civil Case No. 2:13-cv-00331-CB-MPK |
| v. | ) *Electronically Filed* |
| HOUSTON CASUALTY COMPANY and AXIS INSURANCE COMPANY, | )<br>) |
| Defendants. | ) |

## SCHEDULING ORDER

AND NOW this 9th day of Dec., 2014, upon consideration of the Joint Proposed Scheduling Order, it is hereby ORDERED that the Parties shall comply with the following case management schedule for Phase 2 discovery:

- Plaintiffs (collectively "PNC") will submit a response to Houston Casualty Company ("HCC") and AXIS Insurance Company ("AXIS") with respect to the disputed components of the remaining amounts at issue, as identified in the June 24 and July 28, 2014 orders on the Parties' Cross Motions for Judgment on the Pleadings, on or before December 19, 2014;

- PNC also will submit its calculation of claimed pre-judgment interest and any factual support for the same to HCC and AXIS on or before December 19, 2014;

- HCC and AXIS will identify any remaining amounts in dispute on or before January 15, 2015;

- The Parties will meet and confer within 14 days of the date on which HCC and AXIS identify any remaining amounts in dispute;

- On or before February 6, ~~2014~~ 2015, the Parties will file a joint stipulation regarding the agreed-upon amount of PNC's covered "Loss" pursuant to the Court's June 24 and July 28, 2014 orders or, if necessary, a joint proposal for an expedited procedure for the Court to resolve any remaining issues.

By the Court:

_____
MAUREEN P. KELLY
CHIEF UNITED STATES MAGISTRATE JUDGE