IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE PNC FINANCIAL SERVICES, GROUP, INC, *et al*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 13-331 |
| v. | ) ) | Judge Cathy Bissoon |
| HOUSTON CASUALTY, COMPANY, *et al*, | ) ) ) | Magistrate Judge Maureen P. Kelly |
| Defendants. | ) | |

## JUDGMENT ORDER

Consistent with the Judgment and Order of Dismissal entered today, FINAL JUDGMENT hereby is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure. This case has been marked closed.

    IT IS SO ORDERED.

February 20, 2015                                            s\Cathy Bissoon
                                                                             Cathy Bissoon
                                                                             United States District Judge

cc (via ECF email notification):

All Counsel of Record