IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PNC FINANCIAL SERVICES GROUP, INC. and PNC BANK, N.A., Individually and as Successor in Interest to NATIONAL CITY BANK,<br><br>Plaintiffs,<br><br>v.<br><br>HOUSTON CASUALTY COMPANY and AXIS INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:13-cv-00331-CB-MPK<br><br>Electronically filed |

### DEFENDANTS' JOINT NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants Houston Casualty Company and AXIS Insurance Company appeal to the United States Court of Appeals for the Third Circuit this Court's Judgment dated February 20, 2015 (ECF Doc. No. 75) and related Orders dated June 26, 2014 (ECF Doc. No. 63) and July 28, 2014 (ECF Doc. No. 68).

Respectfully submitted,

Dated: March 20, 2015

THOMAS, THOMAS & HAFER LLP

By: s/ Thomas P. McGinnis
Thomas P. McGinnis (Pa. ID # 46666)
Louis C. Long (Pa. ID # 32615)
525 William Penn Place
37th Floor, Suite 3750
Pittsburgh, PA  15219
Telephone:  412-926-1420
E-mail:  tmcginnis@tthlaw.com
          llong@tthlaw.com

*Local Counsel for Houston Casualty Company and AXIS Insurance Company*

SHIPMAN & GOODWIN LLP
Douglas M. Mangel (admitted *pro hac vice*)
Joseph A. Bailey III (admitted *pro hac vice*)
Shipman & Goodwin LLP
1875 K Street NW, Suite 600
Washington, DC 20006-1251
dmangel@goodwin.com
jbailey@goodwin.com

*Counsel for Houston Casualty Company*

WILEY REIN, LLP
Jason P. Cronic (admitted *pro hac vice*)
John E. Barry (admitted *pro hac vice*)
John E. Howell (admitted *pro hac vice*)
1776 K Street NW
Washington, DC 20006
Telephone: 202-719-7000
E-mail: jcronic@wileyrein.com
        jbarry@wileyrein.com
        jhowell@wileyrein.com

*Counsel for AXIS Insurance Company*